1823.

Crapster
vs
Griffith

---

JUNE.

## CRAPSTER *vs.* GRIFFITH.

Where a complainant has established his right to certain negro slaves, he can by a new bill recover the value of the issue born after the first bill was filed, and not included in the former decree

He is also entitled to the value of the services of such slaves from the time of the auditor's statement, down to the period of their actual delivery, under the decree, by which his right to them is ascertained.

APPEAL from a decree of the court of chancery. The complainant (now appellant,) and his wife, had heretofore filed a bill to set aside a settlement made between the defendant and the complainant's wife, to whom the defendant had been guardian, and to have an account of the monies in his (the defendant's) hands, and to compel him to deliver certain slaves. After a statement of accounts, the chancellor set aside the settlement, and decreed the payment of a specific sum of money, and the delivery of the slaves. This decree, on appeal by the defendant, was affirmed in this court. The money was paid, and the enumerated negroes delivered in pursuance of the decree and affirmance, but the account, as audited, necessarily stopped at a period considerably before the final decree and affirmance. In the mean time the defendant had had the services of negroes from the date of the audit to the time of delivery, compensation for which was not, and could not, be included in the decree. Between the period of executing the

commission in the original case, ascertaining and identify-
ing the negroes, and the final decree, and also between the
date of the decree, and the delivery in pursuance thereof,
the female slaves had children. Those born after the de-
cree were delivered over under the decree; but those born
between the execution of the commission and decree, were
retained by the defendant as his property. The answer of
the defendant admitted these facts, but claimed an allow-
ance for certain monies which he ought to have been allow-
ed on the original decree, and denied the right of the com-
plainant to the negroes.

1823.

Crapster
vs
Griffith

KILTY, Chancellor, dismissed the bill—1. On the ground
that the decree of the court of chancery, as affirmed, was
conclusive, and could not be opened by either party.   2.
That the negroes, born after the close of the commission,
being *in esse* before the decree, ought to have been brought
in by a supplemental bill, and could not be sued for by a
new bill.   3. That the value of the labour of the negroes,
from the time of the auditor's statement, ought not to be al-
lowed in this suit, it being a subject proper either for the
court of appeals, in the nature of an increase of damages,
or interest, or for a suit on the appeal bond. From this de-
cree the complainant appealed to this court, where the cause
was argued before BUCHANAN, EARLE, MARTIN, and DOR-
SEY, J.

*T. B. Dorsey*, (Attorney General,) and *Winder*, for the
Appellant, referred to *Norwood vs. Norwood*, and *Hepburn
vs. Sewell*, in this court. The act of 1713, *ch.* 4, and
*Butcher vs. Norwood*, 1 *Harr. & Johns.* 485.

*Magruder & B. Forrest*, for the Appellee, cited 2 *Com.
Dig.* tit. *Chancery*, (Y 7,) 323.    *Shepherd vs. Titley*, 2
*Atk.* 348. *Anon.* 3 *Atk.* 809. 2 *Madd. Chan.* 408, 409.
*Cooper's Plead.* 88, 89.   *Hollingsworth et ux. vs. M*Do-
nald et al.* in this court at December term 1807. *Gelston
vs. Codwise*, 1 *Johns. Chan. Rep.* 189.

The opinion of the court was delivered by

DORSEY, J.    The chancellor's decree in this cause is
erroneous, and must be reversed, as we are of opinion that
the complainant is entitled to one moiety of the negroes
born of *Lucy* and *Milly*, after the execution of the com-
mission, and before the passing of the decree in the suit

brought by the complainant, and his wife, against the present defendant, in the court of chancery, and which is referred to, and made part of, the bill filed in this cause. And we are further of opinion, that the complainant is entitled to recover the value of the labour of the negroes assigned to him, by the said decree, from the date of the auditor's statements, to wit, the 19th December 1813, to the period when the said last mentioned negroes were delivered to the complainant.

DECREE REVERSED.